IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01056-KLM

**NEAH BAY DOWNS DOUGLAS,**

    Plaintiff,

v.

**MOUNTAIN SONG COMMUNITY SCHOOL,**
**EVELYN CORTEZ-FORD, in her individual capacity, and**
**JAMES JACK ROBERTS, in his individual capacity,**

    Defendants.

## STIPULATED ORDER

ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated: October 6, 2015

Hon. Kristen L. Mix
United States Magistrate Judge

**APPROVED:**

| | |
|---|---|
| *s/ Ian. D. Kalmanowitz* | *s/ Eric V. Hall* |
| Ian D. Kalmanowitz | Eric V. Hall |
| Cornish & Dell'Olio, P.C. | Ian S. Speir |
| 431 N. Cascade Ave., Ste. 1 | Lewis Roca Rothgerber LLP |
| Colorado Springs, CO 80903 | 90 South Cascade Avenue, Suite 1100 |
| Tel: 719-475-1204 | Colorado Springs, CO 80903 |
| Email: ikalmanowitz@cornishandddellolio.com | Tel: 719-386-3000 |
| | Email: ehall@LRRLaw.com |
| | ispeir@LRRLaw.com |
| **Attorney for Plaintiff** | **Attorneys for Defendants** |